UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:14-cr-38-FtM-38DNF

OMAR GARZA

### ORDER

This matter comes before the Court on the Defendant's Motion to Advance Case on Sentencing Calendar (Doc. #30) filed on April 6, 2015. Counsel moves the Court to advance the sentencing date currently scheduled for June 1, 2015[1]. As grounds, Counsel indicates that the Defendant will be nearing the high end of the sentencing guidelines as it is currently set. The Court, having considered the arguments made by Counsel, finds that sufficient cause to advance the sentencing date. The initial PSR has been completed and sufficient time is allotted to allow Probation to finalize the presentence report. Therefore, the Court will reschedule the hearing as outlined below.

Accordingly, it is now **ORDERED:**

The Defendant's Motion to Advance Case on Sentencing Calendar (Doc. 40) is **GRANTED**. The Sentencing hearing will be rescheduled to **MAY 11, 2015 at 10:15 A.M.** The Clerk is directed to issue a notice rescheduling hearing accordingly.

**DONE AND ORDERED** at Fort Myers, Florida, this April 14, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record

---

[1] The Sentencing hearing was previously scheduled for May 18, 2015. The hearing was continued due to a scheduling conflict to June 1, 2015.